## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | :    21 cr 128 - (02) (RC) |
| MICHAEL POPE | : |
| Defendant. | : |

## ORDER

### MODIFYING MICHAEL POPE'S CONDITIONS OF RELEASE

As discussed on the record during the March 5, 2021 status hearing, it is hereby

**ORDERED** that the Order Setting Conditions of Release as to Michael Pope, ECF No. 10, is modified as follows: Michael Pope's restriction on travel outside the District of Idaho is modified as follows: his current restriction limiting his travel to the State of Idaho without prior notice to PSA (par. 7.f.) is expanded to further allow him to travel within a 100 mile radius of his residence without prior notice to PSA. All other conditions set forth in the Order Setting Conditions of Release as to Michael Pope, ECF No. 10, shall remain in place.

**SO ORDERED**.

Dated: March 8, 2021

RUDOLPH CONTRERAS
United States District Judge