AO 442 (Rev. 11 11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

| | |
|---|---|
| United States of America | Case: 1:21-mj-00217 |
| v. | Assigned to: Judge Faruqui, Zia M |
| Michael Pope | Assign Date: 2/10/2021 |
| | Description: COMPLAINT W/ARREST WARRANT |

*Defendant*

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Michael Pope
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☒ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 1512(c)(2)- Obstructing or Impeding Any Official Proceeding
18 U.S.C. 231(a)(3)- Civil Disorder
18 U.S.C. 1752(a)(1)- Entering and Remaining in a Restricted Building or Grounds
18 U.S.C. 1752(a)(2)- Disorderly and Disruptive Conduct in a Restricted Building or Grounds
40 U.S.C. 5104(e)(2)(D)- Disorderly Conduct in a Capitol Building
40 U.S.C. 5104(e)(2)(E)- Impeding Passage Through the Capitol Grounds or Buildings
40 U.S.C. 5104(e)(2)(G)- Parading, Demonstrating, or Picketing in a Capitol Building

2021.02.10
12:55:43 -05'00'

Date:     02/10/2021

*Issuing officer's signature*

City and state:     Washington, D.C.

Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 2/10/21 , and the person was arrested on *(date)* 2/12/21 at *(city and state)* Sandpoint, ID |
| Date: 2/12/21 |

*Arresting officer's signature*

Special Agent Edward Jacobson -FBI
*Printed name and title*