NOTICE OF APPEARANCE IN A CRIMINAL CASE

### CLERK'S OFFICE
### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA
### WASHINGTON, D.C.  20001

UNITED STATES OF AMERICA

    vs.                         Criminal Number  21-cr-128 (RC)

Michael Pope
       (Defendant)

TO:    ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:    (Please check one)

☑ CJA          ☐ RETAINED        ☐ FEDERAL PUBLIC DEFENDER

_____
                      *(Signature)*

**PLEASE PRINT THE FOLLOWING INFORMATION:**

Bruce H. Searby (1012382)
        *(Attorney & Bar ID Number)*

Searby PLLC
                *(Firm Name)*

2000 P Street, NW Ste. 705
           *(Street Address)*

Washington, DC 20036
  *(City)*         *(State)*      *(Zip)*

(202) 750-6106
        *(Telephone Number)*