**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 21-cr-128 (RC) |
| | : | |
| **MICHAEL POPE,** | : | |
| | : | |
| **Defendants.** | : | |

**JOINT STATUS REPORT AND REQUEST TO**
**EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, and Defendant, Michael Pope, by and through his counsel Bruce Searby, Esq., respectfully submit the following joint status report in compliance with the Court's Minute Order of November 4, 2022.

At the October 6, 2022 status conference, the parties stated that they were exploring a possible disposition in this matter. The Court scheduled a November 8 status conference and found good cause to exclude the time within which a trial must commence between October 6, 2022 and November 8, 2022 under the Speedy Trial Act.   In a November 4 minute order, the Court directed the parties to submit a joint status report in lieu of the November 8 status conference.

At this time, the parties continue to explore whether the case can be resolved through a plea agreement, and respectfully request that the Court schedule the next hearing for December 14 or December 15.   By the next hearing, the parties anticipate being in position to inform the Court as to whether the case will be resolved by plea agreement or whether the case should be scheduled for trial.

The parties further request that the Court make a finding that it is in the interests of justice that the time between November 8, 2021 (being the original hearing date) and the next status date be excluded from the Speedy Trial Act calculation.

DATED:   November 8, 2022                    MATTHEW M. GRAVES
                                             UNITED STATES ATTORNEY


                                   By:    /s/ *Jason M. Crawford*
                                          Jason M. Crawford
                                          Trial Attorney, Detailee
                                          DC Bar No. 1015493
                                          175 N St. NE
                                          Washington, D.C. 20002
                                          (202) 598-1099
                                          Jason.M.Crawford@usdoj.gov

                                          *Counsel for the United States*


                                          */s/Bruce Searby*
                                          Bruce Searby
                                          SEARBY PLLC
                                          2000 P Street, NW
                                          Suite 750
                                          Washington, DC 20036
                                          202-750-6165
                                          bsearby@searby.law

                                          *Counsel for Michael Pope*