IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) ) | |
| Plaintiff, | ) ) | Criminal No.: 21-cr-128 (RC) |
| vs. | ) ) ) ) | |
| William Pope and Michael Pope, | ) ) ) | |
| Defendants. | ) ) | |

### UNOPPOSED MOTION BY DEFENDANT MICHAEL POPE TO CONTINUE THE REPLY DUE DATE IN HIS MOTION FOR A SEVERANCE

NOW COMES Defendant Michael Pope, by and through the undersigned court-appointed counsel, and hereby moves unopposed for a continuance of the due date for his reply in support of his motion for a severance of defendants, and in support states as follows:

1. Defendant Michael Pope has moved to sever his trial on felony and misdemeanor charges from that of his older brother, Defendant William Pope. (ECF No. 122).

2. Meanwhile, plea discussions have been continuing, and supervisors at the U.S. Attorney's Office are currently assessing whether to make a misdemeanor plea offer to Defendant Michael Pope. The pendency of this

1

decision led to an unopposed motion for a continuance for the Government's opposition filing in this severance motion.

3. By the new due date, however, the plea offer question still had not yet resolved, and the Government filed its opposition on July 3, 2023, three days ago. (ECF 125.)

4. Defendant Michael Pope's reply in support of his severance motion is currently due tomorrow, Friday, July 7, 2023, four days after the opposition was filed. This is an unduly short response time.

5. Moreover, with optimism still holding on both sides that this case may resolve in a plea after all, considerations of judicial economy weigh in favor of continuing the reply due date for court-appointed counsel and, if necessary, picking a new due date on the day of the presently scheduled court hearing for a status conference on July 13, 2023.

WHEREFORE, for the foregoing reasons, the Motion for Severance should be granted.

Dated this 6th day of July, 2023.            Respectfully submitted

/s/ Bruce H. Searby
Bruce H. Searby, DC Bar No. 1012382
SEARBY PLLC
2000 P Street, NW, Suite 705
Washington, D.C. 20036
Tel: (202) 750-6106
Fax: 202-849-2122
bsearby@searby.law

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of July 2023, true and genuine copies of <u>MOTION BY DEFENDANT MICHAEL POPE TO CONTINUE THE REPLY DUE DATE IN HIS MOTION FOR A SEVERANCE FROM DEFENDANT WILLIAM POPE AND INCORPORATED MEMORANDUM OF LAW</u> were served via electronic mail by this Court's CM/ECF system, which will serve a copy on all counsel of record.

Respectfully submitted,


/s/ Bruce H. Searby_____
Bruce H. Searby, DC Bar No. 1012382
SEARBY LLP
2000 P Street, NW, Suite 705
Washington, D.C. 20036
Fax:  202-849-2122
bsearby@searby.law