UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| | : Criminal Action No.: 21–00128 (RC) |
| | : |
| v. | : |
| | : |
| MICHAEL POPE, | : |
| | : |
| Defendant. | : |

**SCHEDULING ORDER**

It is hereby **ORDERED** that the following schedule shall govern further proceedings in this case:

1. The parties shall file a misdemeanor plea joint statement of facts and guidelines calculation by **December 11, 2023**;

2. a misdemeanor plea hearing shall take place on **December 13, 2023**;

3. expert witness disclosures shall be filed by **December 15, 2023**;

4. dispositive motions and motions in limine shall be filed by **December 22, 2023**;

5. a joint pretrial statement shall be filed by **December 22, 2023**, the contents of which shall comply with the requirements set forth in ECF No. 150;

6. responses to motions in limine and dispositive motions shall be filed by **January 5, 2024**;

7. exhibit lists and witness lists shall be filed by **January 5, 2024**;

8. *Jencks* and *Giglio* materials shall be disclosed by **January 5, 2024**;

9. disclosure of demonstrative evidence shall be made by **January 12, 2024**;

10. trial shall commence on **January 16, 2024 at 10:00am**.

**SO ORDERED**.

Dated: December 7, 2023                                         RUDOLPH CONTRERAS
                                                                United States District Judge