### RE: Pope case USAO/Searby

Ontell, Joshua (USADC) <Joshua.Ontell@usdoj.gov>
Wed 11/22/2023 1:17 PM

To:Bruce Searby <bsearby@searby.law>;Moran, Kelly (USADC) <Kelly.Moran@usdoj.gov>;Nicole Ledesma <nledesma@searby.law>;Bruce Searby <bsearby@goodgroundinternational.com>

Bruce,

Thanks for your response. We plan on getting you the stips today.

As far as the actus reus, we do not believe we have to rely on any one act. As you know from the reverse proffers and the proposed stipulated facts, there are several acts that were obstructing, impeding, and interfering with officers. While we do not believe we are required to do so, we are planning to go back to the grand jury to present this additional evidence of 231 conduct in order to clarify the charges.

Please let us know if you have further questions or concerns. I hope you and yours have a wonderful Thanksgiving.

All best,

**Joshua H. Ontell** | Assistant United States Attorney
U.S. Attorney's Office
601 D Street, NW, Washington, DC 20530
Phone: 202.252.7706
Email: Joshua.Ontell@usdoj.gov

**From:** Bruce Searby <bsearby@searby.law>
**Sent:** Wednesday, November 22, 2023 9:35 AM
**To:** Ontell, Joshua (USADC) <JOntell@usa.doj.gov>; Moran, Kelly (USADC) <KMoran1@usa.doj.gov>; Nicole Ledesma <nledesma@searby.law>; Bruce Searby <bsearby@goodgroundinternational.com>
**Subject:** [EXTERNAL] Re: Pope case USAO/Searby

Hi Josh,

Thanks for your email yesterday. The timing here is challenging. We are on the Eve of Thanksgiving and I am already away joining my family. Our joint filing is due Monday. When do you expect to send the proposed stips? Also, since next week is the filing and the PTC, is there any chance you can please answer my question about actús reus for 231 charge either today or by the end of this week?

Many thanks for doing what you can do, and in any event Happy Thanksgiving! As a general J6 matter, I am thankful for the work you are doing. Enjoy your time with your family.

Truly,

Bruce

**Bruce H. Searby**
Searby PLLC
2000 P Street, NW, Suite 705
Washington, DC 20036
office: 202-750-6165
cell: 310-569-4081
website: www.searby.law



---

**From:** Ontell, Joshua (USADC) <Joshua.Ontell@usdoj.gov>
**Sent:** Tuesday, November 21, 2023 2:23 PM
**To:** Bruce Searby <bsearby@searby.law>; Moran, Kelly (USADC) <Kelly.Moran@usdoj.gov>; Nicole Ledesma <nledesma@searby.law>; Bruce Searby <bsearby@goodgroundinternational.com>
**Subject:** RE: Pope case USAO/Searby

Bruce,

Thank you for reaching out. Please see answers to your questions below in red.

All best,

**Joshua H. Ontell** | Assistant United States Attorney
U.S. Attorney's Office
601 D Street, NW, Washington, DC 20530
Phone: 202.252.7706
Email: Joshua.Ontell@usdoj.gov

---

**From:** Bruce Searby <bsearby@searby.law>
**Sent:** Sunday, November 12, 2023 9:35 PM
**To:** Moran, Kelly (USADC) <KMoran1@usa.doj.gov>; Nicole Ledesma <nledesma@searby.law>; Bruce Searby <bsearby@goodgroundinternational.com>; Ontell, Joshua (USADC)