IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | Criminal No.: 21-cr-128 (RC) |
| vs. ) | |
| MICHAEL POPE, ) | |
| Defendant. ) | |

## ERRATUM TO OMNIBUS MOTION IN LIMINE BY DEFENDANT MICHAEL POPE

Defendant Michael Pope, by and through his undersigned counsel, hereby files this Erratum to his motion in limine to preclude the introduction of various evidence and argument by the Government at trial in this case (ECF No. 173).

A secondary point made, erroneously, in support of Michael Pope's motion to objecting to Exhibit 501, the alleged "Restricted Area Map" with a red line superimposed over the grounds of the U.S. Capitol, was that "Michael Pope's guilty plea to entering and remaining in a restricted area has been accomplished, so that no 'restricted area' per se is an element of the remaining offenses." (Omnibus Motion, at 12).

Michael Pope did plead guilty to a violation of 18 U.S.C. § 1752(a)(1) (Entering and Remaining in a Restricted Building or Grounds), and in so doing admitted in a Statement of Offense that he entered into a restricted building (the U.S. Capitol) while inside was the Vice President, a person protected by the U.S. Secret Service,

thus fulfilling the "restricted area" element. (ECF No. 159). However, that was not the only charge against Michael Pope with that element. He is still charged and pending trial on another misdemeanor count under 18 U.S.C. § 1752(a)(2) (Disorderly Conduct in a Restricted Building or Grounds). Counsel apologizes for any confusion or inconvenience.

Nonetheless, the larger point stands that Michael Pope has conceded the issues already that he unlawfully entered a restricted area, and more importantly, that Exhibit 501 is not admissible because it is a mark-up for litigation without reliability established as to the red line added.

Dated this 5th day of January, 2024.

Respectfully submitted,

/s/ Bruce H. Searby_____

Bruce H. Searby, DC Bar No. 1012382
SEARBY PLLC
2000 P Street, NW, Suite 705
Washington, D.C. 20036
Tel: (202) 750-6106
Fax: 202-849-2122
bsearby@searby.law

COUNSEL FOR DEFENDANT
MICHAEL POPE

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of January, 2024, true and genuine copies of ERRATUM TO OMNIBUS MOTION IN LIMINE BY DEFENDANT MICHAEL POPE were served via electronic mail by this Court's CM/ECF system, which will serve a copy on all counsel of record.

Respectfully submitted,

/s/ Bruce H. Searby_____
Bruce H. Searby, DC Bar No. 1012382
SEARBY PLLC
2000 P Street, NW, Suite 705
Washington, D.C. 20036
Fax: 202-849-2122
bsearby@searby.law
