IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Criminal No.: 21-cr-128 (RC) |
| ) | |
| vs. ) | |
| ) | |
| ) | |
| MICHAEL POPE, ) | |
| ) | |
| Defendant. ) | |

## DEFENDANT'S EXHIBIT LIST

Defendant Michael Pope, by and through the undersigned court-appointed counsel, hereby presents the following exhibit list in advance of the bench trial scheduled to begin January 16, 2024:

| Exhibit Number | Description | Objections |
|---|---|---|
| 1 | Amateur video of Michael Pope interacting with the bike rack | None |
| 2 | Still shots from the above video | None |

This January 5, 2024,

Respectfully submitted,

/s/ Bruce H. Searby_____
Bruce H. Searby,
DC Bar No. 1012382
SEARBY PLLC
2000 P Street, NW, Suite 705
Washington, D.C. 20036
Fax:  202-849-2122

bsearby@searby.law

COUNSEL FOR DEFENDANT
MICHAEL POPE

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 5th day of January, 2024, true and genuine copies of THE DEFENDANT'S EXHIBIT LIST were served via electronic mail by this Court's CM/ECF system, which will serve a copy on all counsel of record.

Respectfully submitted,
/s/ Bruce H. Searby_____
Bruce H. Searby, DC Bar No. 1012382
SEARBY PLLC
2000 P Street, NW, Suite 705
Washington, D.C. 20036
Tel.: 202-750-6106
Fax:  202-849-2122
bsearby@searby.law