UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 21-cr-128 (RC) |
| | : | |
| MICHAEL POPE, | : | |
| | : | |
| Defendant. | : | |

**UNITED STATES' RESPONSE TO DEFENDANT'S NOTICE OF SUPPLEMENTAL AUTHORITY REGARDING DEFENDANT'S MOTION TO STAY CASE**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, submits its response to the Defendant's Notice of Supplemental Authority (ECF No. 195) regarding the Defendant's Motion to Stay (ECF No. 164). The defendant cites to *United States v. Bennett*, 21-cr-312 (JEB) as supplemental authority to persuade the court that Michael Pope's motion to stay should be granted. This supplementary authority is unpersuasive because of factual differences between the authority and the defendant's case and, accordingly, the court should deny the defendant's Motion to Stay.

## ARGUMENT

*United States v. Bennett*, cited as supplemental authority by the defendant, is a Capitol Siege case where Bradley Bennett was charged with one count of 18 U.S.C. § 1512(c)(2) and five misdemeanor counts.[1] *Id* at ECF No. 122. Bennett was charged with no felonies besides the 18 U.S.C. § 1512(c)(2) charge. Furthermore, in the January 4, 2023 Minute Order from Judge

---

[1] Bennet was also charged with entering and remaining in a restricted building or grounds, in violation of 18 U.S.C. § 1752(a)(1) (Count II); disorderly and disruptive conduct in a restricted building or grounds, in violation of 18 U.S.C. § 1752(a)(2); entering and remaining in the gallery of Congress, in violation of 40 U.S.C. § 5104(e)(2)(B); disorderly conduct in a Capitol building, in violation of 40 U.S.C. § 5104(e)(2)(D); and parading, demonstrating, or picketing in a Capitol building, in violation of 40 U.S.C. § 5104(e)(2)(G).

Boasberg granting the Motion to Stay in *Bennett*, it is noted that Bradley Bennett orally agreed to, and pleaded, guilty to all five misdemeanor charges that he was facing before Judge Boasberg and agreed to an oral motion to stay the trial. As a result, the only charge Bennett was facing when the stay was granted was the 18 U.S.C. § 1512(c)(2) charge.

Michael Pope is not in an analogous situation. First, Michael Pope is facing not only an 18 U.S.C. § 1512(c)(2) charge, but also a second felony charge in 18 U.S.C. 231(a)(3). Additionally, Michael Pope is still charged with two misdemeanor offenses that he has not pleaded guilty and is pending trial. Nor, it should be noted, has Michael Pope inquired about any such plea. Second, the court should note that in *Bennett,* Judge Boasberg rejected the original motion to stay from Bradley Bennett, when the misdemeanor charges were still pending, ruling that "[g]iven the length of time this case has been pending, the numerous other counts beyond Section 1512 he faces, and the fact that Defendant will not be sentenced (if at all) until after the Supreme Court decides *U.S. v. Fischer*, a stay is not warranted." *Bennett*, 21-cr-312, Minute Order 12/28/2023. In actuality, the motion to stay from Michael Pope is more similar to the motion to stay that Judge Boasberg denied in *Bennett* than the oral one that he granted.

These distinguishing factors were omitted from the defendant's filing. However, they present strong reasons that the court should not rely on the most recent *Bennett* ruling when considering the defendant's motion to stay. The government has a strong interest in a speedy trial and it requests that the court allow the trial to proceed as scheduled.

## CONCLUSION

The United States respectfully submits that the Court should not grant the defendant's motion to stay.

Respectfully submitted,

                MATTHEW M. GRAVES
                United States Attorney
                D.C. Bar No. 481052

By:    */s/ Matthew Beckwith*
        Matthew Beckwith
        Assistant United States Attorney
        New York Bar No. 90014452
        United States Attorney's Office
        For the District of Columbia
        601 D Street, NW 20530
        Matthew.Beckwith@usdoj.gov