IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | Criminal No.: 21-cr-128 (RC) |
| vs. ) | |
| MICHAEL POPE, ) | |
| Defendant. ) | |

**DEFENDANT'S PROPOSED SPECIAL VERDICT FORM FOR COUNT ONE**

Defendant Michael Pope, by and through the undersigned court-appointed counsel, hereby presents the following special verdict form for Count One of the Second Superseding Indictment, in advance of the bench trial scheduled to begin January 16, 2024.

The two columns on the following page can be joined with the proposed entries for other counts in the verdict form attached by the Government to the Joint Pretrial Statement (ECF No. 171.1).

The Court finds defendant Michael Pope:

| | |
|---|---|
| _____<br>**Guilty** or **Not Guilty** | of the offense charged in **Count 1** of the Second Superseding Indictment (Obstructing a Law Enforcement Officer In a Civil Disorder), in that at least one of the following acts fulfills each and every one of the elements of the offense under 18 U.S.C. § 231(a)(3), as indicated in the space to the left of the act:<br><br>\_\_\_\_ (1) helping to remove a bike rack barrier on the east side of the U.S. Capitol, with the intention of obstructing, impeding, or interfering with U.S. Capitol Police officer P.C. and others<br><br>\_\_\_\_ (2) entering past officers protecting the Senate Carriage Door on the east side of the U.S. Capitol, with the intention of obstructing, impeding, or interfering with U.S. Capitol Police officer S.P. and others<br><br>\_\_\_\_ (3) standing nearby as his brother William Pope placed a flagpole in the Senate Carriage Door, with the intention of obstructing, impeding, or interfering with U.S. Capitol Police officer S.P. and others<br><br>\_\_\_\_ (4) not immediately leaving an elevator inside the entrance to the Senate Carriage Door, with the intention of obstructing, impeding, or interfering with U.S. Capitol Police officer G.D. and R.V.<br><br>\_\_\_\_ (5) attempting to enter the hallway past the aforementioned elevator, with the intention of obstructing, impeding, or interfering with U.S. Capitol Police special agent T.K. |

This January 15, 2024,

          Respectfully submitted,

          /s/ Bruce H. Searby
          Bruce H. Searby,
          DC Bar No. 1012382
          SEARBY PLLC
          2000 P Street, NW, Suite 705
          Washington, D.C. 20036
          Fax:  202-849-2122
          bsearby@searby.law

          COUNSEL FOR DEFENDANT
          MICHAEL POPE

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 15th day of January, 2024, true and genuine copies of DEFENDANT'S PROPOSED SPECIAL VERDICT FORM FOR COUNT ONE were served via electronic mail by this Court's CM/ECF system, which will serve a copy on all counsel of record.

    Respectfully submitted,
    /s/ Bruce H. Searby
    Bruce H. Searby, DC Bar No. 1012382
    SEARBY PLLC
    2000 P Street, NW, Suite 705
    Washington, D.C. 20036
    Tel.: 202-750-6106
    Fax:  202-849-2122
    bsearby@searby.law