AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

United States of America )
Plaintiff )
v. ) Case No. 21-cr-128(RC)
Michael Pope )
Defendant )

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Michael Pope

Date: January ~~12~~ 15, 2024

_____
*Attorney's signature*

Nicole Ledesma  90020184
*Printed name and bar number*
2000 P Street NW, Suite 705
Washington, DC, 20036

*Address*

LedesmaCnicole@gmail.com
*E-mail address*

954-547-0428
*Telephone number*

*FAX number*

[Print]  [Save As...]  [Reset]