IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Criminal No.: 21-cr-128 (RC) |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | |
| Michael Pope, | ) | |
| | ) | |
| Defendant. | ) | |

## REQUEST FOR JUDICIAL NOTICE OF PUBLIC RECORD CONTEXTUALIZING PRE-JANUARY 6th MESSAGES OF DEFENDANT MICHAEL POPE ABOUT SELF-DEFENSE GEAR

Defendant Michael Pope, by and through his undersigned counsel, hereby requests pursuant to Federal Rule of Evidence 201(b) that the Court take judicial notice of the content of the following official government document published on an official government website:

> The White House, "Memorandum on Inadmissibility of Persons Affiliated with Antifa Based on Organized Criminal Activity" (January 5, 2021), accessed at: https://trumpwhitehouse.archives.gov/presidential-actions/memorandum-inadmissibility-persons-affiliated-antifa-based-organized-criminal-activity/.

Presidential Memorandum, attached as Attachment 1 hereto.

Specifically, and for the crucial purpose of contextualizing messages before January 6th where Michael Pope discussed bringing to Washington, DC certain gear that could be used in self-defense, Michael Pope directs the Court to the fact

established by the Presidential Memorandum that: As of late 2020 and early 2021, the Presidential Administration of Donald Trump had publicly identified the movement known as "Antifa" as directly or indirectly responsible for recent lawlessness and violence at public demonstrations, including the targeting of conservative political beliefs.  The Administration publicly alleged that Antifa actions at protests resulted in assault, property damage, violent threats, hospitalization, shootings, hurling projectiles and incendiary devices, and other actions undermining the rights of peaceful protestors and meeting the standard for domestic terrorism.  This existence during that time period of these public allegations[1] cannot be disputed, and is relevant as a part of the defense rebuttal to the Government's case about the significance of Michael Pope's pre-January 6th messages considering bringing the gear to DC, namely that he feared violent Antifa counter-protestors, as explained further below.

Federal Rule of Evidence 201(b) provides that this Court may take judicial notice of facts that are "not subject to reasonable dispute" because they are either "generally known within the trial court's territorial jurisdiction" or "can [] accurately and readily [be] determined from sources whose accuracy cannot reasonably be questioned." Courts may take judicial notice of government documents available from reliable sources.  *See American Council of the Blind v. Mnuchin*, 878 F.3d 360, 367 (D.C. Cir. 2017) letter from Director of Bureau of

---

[1] Michael Pope only requests judicial notice of these public allegations themselves, and is not seeking to establish the truth of any culpability of the members of the movement known as Antifa in violent counter-protests, as the Trump Administration alleged.

Engraving and Printing to a United States Senator providing working timeline. including *Hamilton v. Paulson*, 542 F. Supp. 2d 37, 52 n.15 (D.D.C. 2008) (taking judicial notice of a document from the website of the United States Office of Personnel Management), *rev'd on other grounds sub. nom. Hamilton v. Geithner*, 666 F.3d 1344 (D.C. Cir. 2012).  Government websites are an especially reliable and apt place from which to take judicial notice. *See Markowicz v. Johnson*, 206 F. Supp. 3d 158, 161 n.2 (D.D.C. 2016) (taking judicial notice of "information posted on official public websites of government agencies"); *Astakhov v. United States Citizenship and Immigration Services*, --- F.Supp.3d ----,  2023 WL 6479080 *2 (D.D.C. October 5, 2023) (taking judicial notice of the website of U.S. Citizenship and Immigration Service).

The Presidential Memorandum and the fact of its allegations of past Antifa violence against conservative protestors are of a kind properly the subject of judicial notice as published on a government website, *i.e.*, the government's archives for the Trump presidency, and as not subject to reasonable dispute.

Judicial notice is appropriate to establish "adjudicative facts," namely those that relate to a party's intent that are in dispute in the litigation.  *See* Rule 201, Notes of Advisory Committee on Proposed Rules.

Michael Pope will show at trial that he was thinking about the possibility of encountering violent Antifa counter-protestors in Washington, DC when he went there to protest the fraud he suspected took place in the Presidential Election.  The Presidential Memorandum and the fact of its allegations of past Antifa violence

corroborate that this was indeed a preoccupation of many of those in the Trump camp, adding context and explanation to the discussions by Michael Pope of bringing self-defense gear to the protest.

The Government, eager to argue that the messages discussing gear manifest some intent by Michael Pope to assault violently the U.S. Capitol and its police and guard forces, objected to this request for judicial notice when Michael Pope listed it in the Joint Pretrial Statement. (ECF No. 171, at 2-3.) The Government has *no* evidence that these messages contemplated the Capitol building as Michael Pope's destination. Nevertheless, in seeking to cut short Michael Pope's rebuttal to its unsupported theory of his intent, the Government asserts in a conclusory fashion that the allegations of past Antifa violence at conservative protests in the Presidential Memorandum have nothing to do with this case. These objections should be denied, as the relevance of these allegations of past Antifa violence is clearly to defend on factual matters in this case that the Government has chosen to put at issue.

To dispel any further confusion around his request for judicial notice, it is worth noting that the Government recently misconstrued Michael Pope's request for judicial notice as part of a "likely argument that the defendant believed Antifa was responsible for the riot at the Capitol on January 6th." Government's Opposition to Michael Pope's Omnibus Motion In Limine, filed January 5, 2024 (ECF No. 186, at 7.). Michael Pope, who has already accepted responsibility and pleaded guilty to two criminal charges so far for his illegal participation in the events that day, has never

had any intention of blaming Antifa or anyone else (the FBI or President Trump) for being responsible for the riot at the Capitol.  Furthermore, while in the Government had incorrectly assumed that Michael Pope offers the judicially noticeable facts to rebut the Government's use of **post**-January 6 messages, (*id.*), it is in fact the defense's theory that the judicial notice is relevant to interpreting Michael Pope's **pre**-January 6th messages.  The Government understands all of this now, as a result of discussions between counsel.

Therefore, with no serious argument against the reliability and true relevance of the information about allegations against Antifa, the Court should take judicial notice of the Presidential Memorandum so that Michael Pope may fairly defend the allegations the Government has made about his discussions of self-defense gear during his pre-January 6th trip planning.

## CONCLUSION

WHEREFORE, for the foregoing reasons, Mr. Pope respectfully requests that the Court take judicial notice of the document and content set forth above.

Dated this 17th day of January, 2024.

                                               Respectfully submitted,

                                               /s/ Bruce H. Searby_____

                                               Bruce H. Searby, DC Bar No. 1012382
                                               SEARBY PLLC
                                               2000 P Street, NW, Suite 705
                                               Washington, D.C. 20036
                                               Tel: (202) 750-6106
                                               Fax:  202-849-2122
                                               bsearby@searby.law

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of January, true and genuine copies of REQUEST FOR JUDICIAL NOTICE OF PUBLIC RECORD CONTEXTUALIZING PRE-JANUARY 6th MESSAGES OF DEFENDANT MICHAEL POPE ABOUT SELF-DEFENSE GEAR were served via electronic mail by this Court's CM/ECF system, which will serve a copy on all counsel of record.

Respectfully submitted,

/s/ Bruce H. Searby_____
Bruce H. Searby, DC Bar No. 1012382
SEARBY PLLC
2000 P Street, NW, Suite 705
Washington, D.C. 20036
Fax:  202-849-2122
bsearby@searby.law