IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> MICHAEL POPE, ) <br> ) <br> Defendant. ) | Criminal No.: 21-cr-128 (RC) |

**UNOPPOSED** MOTION BY DEFENDANT MICHAEL POPE TO CONTINUE THE DUE DATE OF SUPPLEMENTAL BRIEF IN SUPPORT OF HIS MOTION FOR JUDGMENT OF ACQUITTAL UNDER RULE 29

NOW COMES Defendant Michael Pope, by and through the undersigned court-appointed counsel, and hereby moves unopposed for a one-week continuance for filing his supplemental brief in support of his Motion for Judgment of Acquittal Under Rule 29 of the Federal Rules of Criminal Procedure ("Rule 29 Motion"), currently due this coming Friday, February 9, 2024 (Minute Order of January 18, 2024), and in support thereof states as follows:

1. Michael Pope went to trial last month before this Court on various felony and misdemeanor charges related to the events at the U.S. Capitol on January 6, 2021, having already pleaded guilty to two of the offenses in the First Superseding Indictment.

2. In the interests of judicial economy. Michael Pope stipulated at trial to an expansive array of facts asserted by the Government and focused his defense on a few issues. The parties completed trial in less than two days.

3. On January 17, 2024, Michael Pope made his Rule 29 Motion and the Court took it under submission, requesting supplemental briefing from his counsel, and setting a due date of February 9, 2024.

4. Undersigned counsel needs more time to provide adequate briefing to the Court on the issues central to his defense, and to the cases of scores of other defendants or more before this Court. Since the trial, undersigned counsel has had an appellate brief due to the D.C. Circuit, a three-day visit by an overseas non-governmental organization client to lobby the U.S. Congress, and other professional obligations interfering with his attention to the supplemental Rule 29 brief. Meanwhile, the appellants before the U.S. Supreme Court have filed new briefing and the trial transcripts in this case have become available. In the interests of diligent and clear presentation, counsel requests an additional week.

5. Undersigned counsel has communicated with counsel for the Government, who do not oppose this motion.

WHEREFORE, for the foregoing reasons, the Unopposed Motion for a Continuance of the Due Date of the Supplemental Brief In Support of Michael Pope's Rule 29 Motion should be granted, and new due date ordered for February 16, 2024.

Dated this 6th day of February, 2024    Respectfully submitted

/s/ Bruce H. Searby
Bruce H. Searby, DC Bar No. 1012382
SEARBY PLLC
2000 P Street, NW, Suite 705
Washington, D.C. 20036
Tel: (202) 750-6106
Fax:  202-849-2122
bsearby@searby.law

COUNSEL FOR DEFENDANT
MICHAEL POPE

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 6th day of February, 2024, true and genuine copies of **UNOPPOSED** <u>MOTION BY DEFENDANT MICHAEL POPE TO CONTINUE THE DUE DATE OF SUPPLEMENTAL BRIEF IN SUPPORT OF HIS MOTION FOR JUDGMENT OF ACQUITTAL UNDER RULE 29</u> were served via electronic mail by this Court's CM/ECF system, which will serve a copy on all counsel of record.

Respectfully submitted,

/s/ Bruce H. Searby_____
Bruce H. Searby, DC Bar No. 1012382
SEARBY PLLC
2000 P Street, NW, Suite 705
Washington, D.C. 20036
Fax:  202-849-2122
bsearby@searby.law