# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | **Case No. 21-cr-128 (RC)** |
| | **:** | |
| **MICHAEL POPE,** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

## UNOPPOSED MOTION FOR A ONE WEEK CONTINUANCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this unopposed Motion for a One Week Continuance for the government's Response in Opposition to the Defendant's Supplemental Memorandum in support of his Motion for Judgment of Acquittal. (ECF No. 221). Considering the Defendant's granted request to file supplemental authority to its Motion on Monday, March 25, 2024, the parties conferred and agreed that the government would be able to file its response motion on Friday, March 29, 2024. The Defendant would then be able to file its reply brief by Friday, April 5, 2024.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:  /s/ Matthew Beckwith
Matthew Beckwith
Assistant United States Attorney
New York Bar No. 90014452
United States Attorney's Office
For the District of Columbia
601 D Street, NW 20530
Matthew.Beckwith@usdoj.gov

1