UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 21-cr-128 (RC) |
| | : | |
| **MICHAEL POPE,** | : | |
| | : | |
| **Defendant.** | : | |

## UNOPPOSED MOTION FOR A ONE WEEK CONTINUANCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this unopposed Motion for a One Week Continuance for the government's Response in Opposition to the Defendant's Supplemental Memorandum in support of his Motion for Judgment of Acquittal. (ECF No. 221). The parties conferred and agreed that the government would be able to file its response motion on Friday, April 5, 2024.

Additionally, the parties are in agreement the Defendant should have until Friday, April 19, 2024 to file its reply brief.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:   */s/ Matthew Beckwith*
Matthew Beckwith
Assistant United States Attorney
New York Bar No. 90014452
United States Attorney's Office
For the District of Columbia
601 D Street, NW 20530
Matthew.Beckwith@usdoj.gov

JOSHUA ONTELL
VA Bar No. 92444
Assistant United States Attorney
601 D Street, N.W.

1

2

Washington, DC 20530
(202) 252-7706
joshua.ontell@usdoj.gov

KELLY ELIZABETH MORAN
Assistant United States Attorney
NY Bar No. 5776471
U.S. Attorney's Office for the District of Columbia
601 D Street, N.W.
Washington, D.C. 20530
202-740-4690
kelly.moran@usdoj.gov

2