IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) ) | |
| Plaintiff, | ) ) | Criminal No.: 21-cr-128 (RC) |
| vs. | ) ) ) ) | |
| MICHAEL POPE, | ) ) | |
| Defendant. | ) | |

### THIRD NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF DEFENDANT MICHAEL POPE'S MOTION FOR JUDGMENT OF ACQUITTAL UNDER RULE 29

Defendant Michael Pope, by and through the undersigned court-appointed counsel, hereby respectfully files this Third Notice of Supplemental Authority In Support of his Motion for Judgment of Acquittal Under Fed.R.Crim.Pro. 29 on Count One charging obstruction of a law enforcement officer in a civil disorder under 18 U.S.C. § 231(a)(3), and on Count Two charging obstruction of an official proceeding under 18 U.S.C. § 1512(c)(2), at the U.S. Capitol on January 6, 2021. Michael Pope's original Supplemental Memorandum In Support of his Motion for Judgment of Acquittal Under Rule 29 was filed on March 8, 2024. (ECF No. 221.) He also filed a first Notice of Supplemental Authority In Support of his Motion for Judgment of Acquittal on March 25, 2024. (ECF No. 229.) Then, on April 26, 2024, Michael Pope filed his Reply Memorandum of Law (ECF No. 248), which responded

to the Government's Memorandum In Opposition to the Rule 29 Motion, filed on April 5, 2024 (ECF No. 235.). Finally, Michael Pope filed his Second Notice of Supplemental Authority In Support of his Motion for Judgment of Acquittal on May 7, 2024. (ECF No. 258.)

Michael Pope has previously indicated that he was still waiting for more transcripts of acquittal verdicts by other judges of this Court who had conducted bench trials of January 6th defendants for violations of 18 U.S.C. §§ 231(a)(3) and 1512(c)(2), and would further inform the Court accordingly.  This Third Notice has one such acquittal verdict, and there may still be more as transcript requests continue to be satisfied.

## SUPPLEMENTAL TRANSCRIPT OF MORE VERDICTS AT BENCH TRIAL ACQUITTING JANUARY 6th DEFENDANTS OF VIOLATIONS OF 18 U.S.C. § 231(a)(3)

In an acquittal of defendants Kyle Mlynarek and Ronald Balhorn, of a violation of civil disorder under Section 231(a)(3), on October 18, 2023, Judge Reyes stated her reasons as follows, first as to Balhorn:

> The only evidence that the government presented in support of its charge was . . . a video clip which briefly showed an encounter between Mr. Balhorn and two police officers. The government argues that the short clip is enough because it shows the defendant interfering with or pushing the officer. The video clip does not show, however, that Mr. Balhorn attempted to or did obstruct, impede, or interfere with police even for a moment. We don't know what if anything the officer said to Mr. Balhorn. We don't have a clear angle showing how they came into contact. And we don't see the officers chasing Mr. Balhorn or yelling at him after the contact.

> Further, the Court finds Mr. Balhorn's testimony that he did not recall the incident because it was too short to register with him, and that at no time did he seek to engage with and impede the work of a police officer credible.
>
> The government asked the Court to consider the totality of the evidence in assessing Mr. Balhorn's intent in those few seconds on the terrace. Doing so only helps the defendant further. There is no evidence in the record that Mr. Balhorn or Mr. Mlynarek engaged with a police officer at any other time. And there's quite a bit of video in evidence. In fact, the evidence shows quite the opposite. Throughout the afternoon both gentleman had plenty of opportunities to directly engage with police and never did so. Moreover, if Mr. Balhorn had sought to impede the officers's work, he certainly would have done much more after the contact than just walk or run slowly away. He and Mr. Mlynarek would have sprinted to escape the officers. And if the officers felt that they had been threatened or impeded in any way, certainly they would have done much more than to turn back towards the east side and let the defendants and a number of other people on the terrace get away.
>
> There is simply no evidence in the record to support the contention beyond a reasonable doubt that in those two seconds the defendants knowingly impeded the work of a police officer.

*United States v. Mlynarek,* Case No. 23-cr-114-ACR, 10/18/2023 Transcript of Bench Trial Proceedings, attached hereto as Exhibit 1, at pp. 215-16.

Similarly, in explaining her acquittal of Mlynarek of the same charge, Judge Reyes stated:

> The only evidence that the government presented in support of its charge was . . . the video clip that we have already discussed. In that clip Mr. Mlynarek has already passed the officer and reaches back towards Mr. Balhorn, who collided with the officer. The video clip does not show that Mr. Mlynarek attempted to or did obstruct, impede, or interfere with the police even for a moment. We do not know what, if anything, the officer said to Mr. Mlynarek. We don't even have a clear angle showing how Mr. Balhorn and the officer came into contact, much less what Mr. Mlynarek would have seen. And we don't see the officers chasing Mr. Mlynarek or yelling at him after the contact to stop. Again, they simply turned around and walked toward the east end.

*Id.* at 223-24.

We are still waiting for: USA v. Black, 1:21-cr-00127-ABJ; and USA v. Samsel et al, 1:21-cr-00537-JMC-5.

## **CONCLUSION**

If the remaining transcripts of acquittal verdicts come in before this Court rules on the case, Michael Pope will respectfully update the Court with a further supplemental notice of authority.

Dated this 27th day of June, 2024.

                                                    Respectfully submitted,

                                                    /s/ Bruce H. Searby

Bruce H. Searby, DC Bar No. 1012382
SEARBY PLLC
2000 P Street, NW, Suite 705
Washington, D.C. 20036
Tel: (202) 750-6106
Fax: 202-849-2122
bsearby@searby.law

COUNSEL FOR DEFENDANT
MICHAEL POPE

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of June, 2024, true and genuine copies of THIRD NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF DEFENDANT MICHAEL POPE'S MOTION FOR JUDGMENT OF ACQUITTAL UNDER RULE 29 were served via electronic mail by this Court's CM/ECF system, which will serve a copy on all counsel of record.

Respectfully submitted,

/s/ Bruce H. Searby_____
Bruce H. Searby, DC Bar No. 1012382
SEARBY PLLC
2000 P Street, NW, Suite 705
Washington, D.C. 20036
Fax: 202-849-2122
bsearby@searby.law