IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) ) | |
| Plaintiff, | ) ) | Criminal No.: 21-cr-128 (RC) |
| vs. | ) ) ) ). | |
| MICHAEL POPE, | ) ) | |
| Defendant. | ) ) | |

PARTIAL OPPOSITION BY DEFENDANT MICHAEL POPE TO GOVERNMENT'S MOTION FOR BRIEFING SCHEDULE RE: HIS MOTION FOR JUDGMENT OF ACQUITTAL UNDER RULE 29

Defendant Michael Pope, by and through the undersigned court-appointed counsel, hereby files this Partial Opposition in response to the Government's Motion for Briefing Schedule (ECF No. 334), filed this Tuesday, July 2, 2024, and in support thereof states as follows:

1. The Government is now moving for what may be an excessively broad sur-reply opportunity in the post-trial Rule 29 briefing. In making any further argument, the Government should be confined to, at most, addressing the implications of last week's Supreme Court decision and to bringing to this Court's attention supplemental authority.

1

2. Michael Pope was tried in January 2024 for violations of, *inter alia*, Title 18, United States Code, Sections 231(a)(3) and 1512(c)(2).

3. Months ago, the parties had fully briefed Michael Pope's Rule 29 motion for judgment of acquittal.

4. Michael Pope has also filed four notices of supplemental authority, mostly calling attention to the facts and/or verdicts in other January 6th cases involving the same felony charges, for the Court's purposes of comparison.

5. In addition, last week, Michael Pope also filed a supplemental notice of authority (ECF No. 332), citing the Supreme Court's June 28, 2024 decision in *United States v. Fischer*, 603 U.S. ___, No. 23-5572 (June 28, 2024), and arguing in a single sentence that the decision entitled him to acquittal as a matter of law of the Section 1512(c)(2) charge. (The notice also flagged the *Fischer* decision's relevance to Michael Pope's pretrial motion to stay, which was denied.)

6. Now, the Government requests that "the Court set a briefing schedule to respond to Michael Pope's motion and supplements." (ECF No. 334, at 3.). This is a very broadly-stated request to respond, given all the briefing to date, giving the Government a very full opportunity to oppose Michael Pope's motion.

7. To the extent that the Government seeks a general-purpose sur-reply to Michael Pope's Reply Brief, such a filing would be unsupported by the rules, and the Government has not provided any grounds for an exception thereto.

The Government, which has urged rapid resolution of these issues in the past, should not now get second bites at the apple. Michael Pope would therefore oppose any such broad filing.

8. However, to the extent that the Government wishes to argue its interpretation of how the Supreme Court's holding in *Fischer* over-ruling the D.C. Circuit applies to the Section 1512(a)(2) count in this case, Michael Pope does not oppose such a limited request provided that he is granted an opportunity to respond.

9. Michael Pope notes that fact the such additional briefing by the Government would be wholly unnecessary if the Court concludes that grounds other than the holding in *Fischer* justify his acquittal of the Section 1512(a)(2) count.

Dated this 5th day of July, 2024          Respectfully submitted,

/s/ Bruce H. Searby_____
Bruce H. Searby, DC Bar No. 1012382
SEARBY PLLC
2000 P Street, NW, Suite 705
Washington, D.C. 20036
Tel: (202) 750-6106
Fax:  202-849-2122
bsearby@searby.law

COUNSEL FOR DEFENDANT
MICHAEL POPE

CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of July, 2024, true and genuine copies of <u>PARTIAL OPPOSITION BY DEFENDANT MICHAEL POPE TO GOVERNMENT'S MOTION FOR BRIEFING SCHEDULE RE: HIS MOTION FOR JUDGMENT OF ACQUITTAL UNDER RULE 29</u> were served via electronic mail by this Court's CM/ECF system, which will serve a copy on all counsel of record.

Respectfully submitted,

/s/ Bruce H. Searby
Bruce H. Searby, DC Bar No. 1012382
SEARBY PLLC
2000 P Street, NW, Suite 705
Washington, D.C. 20036
Fax: 202-849-2122
bsearby@searby.law